UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO:     5:21-MJ-1555

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER |
| | ) | |
| | ) | |
| DONNA LINDSEY | ) | |

    This matter is before the court on Government's motion to allow a government witness to appear via video teleconference at the bench trial in the above-captioned matter on June 15, 2022. For good cause shown, the court GRANTS the motion.

    It is so ORDERED.

    This the 13th day of June 2022.

                                                KIMBERLY A. SWANK
                                                United States Magistrate Judge